| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 20 mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Doug Merry | | | REPORTER/~~FTR~~<br>Raynee Mercado | |
| MAGISTRATE JUDGE<br>KANDIS A. WESTMORE | DATE<br>June 26, 2020 (by Zoom video) | | | NEW CASE ☐ | CASE NUMBER<br>5:20-mj-70714-MAG-1 |

### APPEARANCES

| DEFENDANT<br>NICHOLAS MENDOZA HIMAN | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Severa Keith | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Nikhil Bhagat | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Sean Hamel | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB or Sup Rel | ☐ OTHER |
| ☒ DETENTION HRG  held | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| ☒ GOV/~~PROB~~ MOVE FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED  w/o prej | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/16/2020 (special set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: DETENTION | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE PRELIM REV HRG _____ | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Westmore | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ IA SUP REL/ PROB VIOL |

### ADDITIONAL PROCEEDINGS

Def consents to video appearance. Def counsel indicates she needs more time to make arrangements for sureties. Def consents to the Court signing waiver of preliminary hearing on his behalf. Parties are working on a pre-indictment resolution. Next court date was cleared with Diana Weiss.

DOCUMENT NUMBER: