1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6778

7 | FAX: (415) 436-7234
daniel.pastor@usdoj.gov

8

Attorneys for United States of America

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA,          )  No. 20-MJ-70714
                                      )
14 |        Plaintiff,                 )  **STIPULATION AND [PROPOSED] ORDER**
                                      )  **CONTINUING STATUS CONFERENCE**
15 |   v.                              )
                                      )
16 | NICHOLAS MENDOZA HIMAN,           )
                                      )
17 |        Defendant.                 )
                                      )
18 | _____ )

19

20 |        On June 8, 2020, the Court conducted an initial appearance for Nicholas Mendoza Himan, who

21 | stands charged by Complaint with possession with intent to distribute or distribution of

22 | methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

23 | The defendant has waived his right to a preliminary hearing. *See* Dkt. 9.  The parties are engaged in

24 | discussions about the possibility of a pre-Indictment resolution to this matter, and the government has

25 | produced discovery to the defendant.

26 |        Therefore, the parties hereby stipulate and agree:

27 |        1.  The status conference scheduled for September 17, 2020 should be continued to September

28 |            30, 2020 at 10:30 a.m. before the duty magistrate judge.

STIP AND PROPOSED ORDER                      1                          v. 7/10/2018

1      2.  The time between September 17, 2020 and September 30, 2020, should be excluded under

2          the Speedy Trial Act because failure to grant the requested continuance would deny defense

3          counsel the reasonable time necessary for effective preparation, taking into account the

4          exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by

5          granting the requested continuance outweigh the best interests of the public and the

6          defendant in a speedy trial and in the prompt disposition of criminal cases.  *See id.*

7          § 3161(h)(7)(A).

8  IT IS SO STIPULATED.

9

10  DATED:  September 16, 2020               Respectfully submitted,

11                                          DAVID L. ANDERSON
                                        United States Attorney

12

13                                          /s/
                                        DANIEL PASTOR

14                                          Assistant United States Attorney

15

16                                          STEVEN G. KALAR
                                          Federal Public Defender

17  DATED:  September 16, 2020                  /s/
                                        SEVERA KEITH

18                                          Counsel for Defendant Nicholas Mendoza Himan

19

20

21

22

23

24

25

26

27

28

STIP AND PROPOSED ORDER          2                  v. 7/10/2018

1

**[~~PROPOSED~~] ORDER**

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3   Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act)

4   for the period from September 17, 2020, through September 30, 2020, is warranted because failure to

5   exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for

6   effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

7   The Court further finds that the ends of justice served by the continuance outweigh the best interests of

8   the public and the defendant in the filing of an information or indictment within the time period set forth

9   in 18 U.S.C. § 3161(b).  18 U.S.C. § 3161(h)(7)(A).

10      The status conference previously scheduled for September 17, 2020, is continued to September

11   30, 2020 at 10:30 a.m. before the duty magistrate judge.

12      PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14   DATED: <u>September 16, 2020</u>

HON. VIRGINIA K. DEMARCHI

15   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                1                                v. 7/10/2018