IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MENDOZA HIMAN,<br><br>Defendant. | **Case No.:** CR 20–372 LHK<br><br>~~[PROPOSED]~~ **ORDER RE STIPULATION ON BRIEFING SCHEDULE FOR GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER**<br><br>**Court:**         Courtroom 8, 4th Floor |

Counsel for the government filed a Motion to Revoke Release Order on January 13, 2021. The parties have conferred and stipulate to the following briefing schedule for the government's motion.

Based on the stipulation of the parties, it is respectfully requested that the Court order the parties to submit their briefs on the government's motion as follows:

January 15, 2021: Defendant files opposition brief

January 19, 2021: Government files reply brief

~~TBD~~ **January 27, 2021 at 3:00 PM:** Motion hearing

STIP BRIEFING SCHEDULE
*HIMAN*, CR 20–372 LHK

IT IS SO STIPULATED.

| | |
|---|---|
| January 13, 2021<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>DANIEL PASTOR<br>Assistant United States Attorney |
| January 13, 2021<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SEVERA KEITH<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| January 15, 2021<br>Dated | *Lucy H. Koh*<br>LUCY H. KOH<br>United States District Judge |

STIP BRIEFING SCHEDULE
*HIMAN*, CR 20–372 LHK